# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

GERARD CULBERTSON, individually and on behalf of all similarly situated individuals,

    *Plaintiff*
    v.

K-MAC ENTERPRISES, INC.,

)
)
)
)
)
)

Case No. 5:23-cv-05069-TLB

*Defendant*

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: July 14, 2023

    Zackary Kaylor, MN Bar #: 0400854
    *Attorney's printed name and bar number*

    444 Cedar Street, Suite 1800, St. Paul, MN 55101
    *Address*

    zkaylor@johnsonbecker.com
    *E-mail address*

    612-436-1800
    *Telephone number*

    612-436-1801
    *FAX number*