| UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF ARKANSAS |
|---|---|
| Gerard Culbertson, et al.<br>        Plaintiffs, | Court File Number<br>5:23-cv-05069-TLB |
| v. | AFFIDAVIT OF SERVICE |
| K-Mac Enterprises, Inc<br>        Defendant, | |

State of Arkansas } SS
County of Pulaski }

I, **Alex Taylor Holland**, state that on
   (Name of Server)

**7 / 10** /2023 at **12 : 10 P**M, I served the:
(Date of Service)   (Time of Service)

Summons & Complaint

upon: K-Mac Enterprises, Inc

therein named, personally at:   C T CORPORATION SYSTEM
                                SUITE 1900
                                124 W CAPITOL AVENUE
                                LITTLE ROCK, AR 72201

by handing to and leaving with:
**Aleks Angeles** - Service of Process Specialist
(Name of the Person With whom the documents were left)

at C T CORPORATION SYSTEM, the Registered Agent for K-Mac Enterprises, Inc, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **7 / 10** /2023   _____
                          (Signature of Server)

                          **Alex Taylor Holland**
                          (Printed Name of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # JOHBE 285947 1411

Re: 404858



legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com