(Rev. 12/1/2018)
AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

GERARD CULBERTSON, individually and on behalf of all similarly situated individuals,

*Plaintiff*
v.

K-MAC ENTERPRISES, INC.,

*Defendant*

) Case No. 5:23-cv-05069-TLB
)
)
)
)

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: July 14, 2023

Jacob R. Rusch, MN Bar #: 0391892
*Attorney's printed name and bar number*

444 Cedar Street, Suite 1800, St. Paul, MN 55101
*Address*

jrusch@johnsonbecker.com
*E-mail address*

612-436-1800
*Telephone number*

612-436-1801
*FAX number*