UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| GERARD CULBERTSON, individually and on behalf of all similarly situated individuals, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 5:23-CV-05069-TLB |
| K-MAC ENTERPRISES, INC., | § § § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE

Defendant K-Mac Enterprises, Inc. ("Defendant") moves the Court to extend its deadline to answer or otherwise respond to Plaintiff's Original Complaint ("Complaint") [Dkt. 2], stating as follows:

1. Plaintiff filed his Original Complaint on May 2, 2023. Under Federal Rule of Civil Procedure 15(a)(3), Defendant must answer or otherwise respond to Plaintiff's Complaint by July 31, 2023.

2. Defendant needs additional time to investigate Plaintiff's allegations and prepare an appropriate response and seeks an extension until August 14, 2023.

3. Plaintiff is unopposed to the requested relief.

For these reasons, Defendant respectfully requests that the Court extend to **August 14, 2023** its deadline to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

*/s/ John B. Brown*
John B. Brown
Texas Bar No. 00793412
john.brown@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Fax)

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF CONFERENCE

On July 26, 2023, I conferred with Josh Sanford, counsel for Plaintiff Gerard Culbertson regarding the relief requested in this Motion. Mr. Sanford confirmed that Plaintiff is not opposed to the relief requested.

*/s/ John B. Brown*
John B. Brown

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 27, 2023, the foregoing document was submitted for filing with the Clerk of Court via the ECF/CM filing system, which will electronically serve all counsel.

*/s/ John B. Brown*
John B. Brown