IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GERARD CULBERTSON,**
  **PLAINTIFF**

v.                **CASE NO. 5:23-cv-05069-TLB**

**K-MAC ENTERPRISES, INC.,**
  **DEFENDANT**

### ENTRY OF APPEARANCE

  Sean T. Keith of Keith Law Group, PLLC, who certifies that he is admitted to practice in this Court, does hereby enter his appearance as counsel on behalf of the Plaintiff Gerard Culbertson.

<u>August 14, 2023</u>
Date

            Respectfully submitted,

            <u>*/s/ Sean T. Keith*</u>
            Sean T. Keith
            Lic No. 93158

            Keith Law Group
            5050 W. Northgate Road Suite 108
            Rogers AR 72758
            (479) 335-1355
            (479) 244-2889
            sean@keithlawgroup.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court this 14th day of August, 2023, to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Sean T. Keith*