UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **GERARD CULBERTSON**, *individually and on behalf of all similarly situated individuals*,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**K-MAC ENTERPRISES, INC.,**<br><br>    **Defendant.** | Case No.: 5:23-cv-5069-TLB |

### MOTION TO WITHDRAW—ATTORNEY JOSH SANFORD

Attorney Josh Sanford, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiff, states as follows:

1. Josh Sanford filed this lawsuit in the Western District of Arkansas as Local Counsel for Plaintiff Gerard Culbertson.

2. On August 18, 2023, Sean T. Keith, of Keith Law Group, entered his notice of appearance on behalf of Plaintiff Gerard Culbertson.

3. Plaintiff will continue to be represented by Keith Law Group and Johnson Becker, PLLC.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar. No. 2001037
josh@sanfordlawfirm.com